# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D19-0536

_____

JERRY HOLLY,

Petitioner,

v.

FLORIDA FISH AND WILDLIFE
CONSERVATION COMMISSION,

Respondent.

_____

Petition to Review Non-Final Agency Action—Original
Jurisdiction.

March 11, 2019

PER CURIAM.

The petition for review of nonfinal agency action, or in the
alternative petition for writ of mandamus, is denied on the merits.

WETHERELL, OSTERHAUS, and WINOKUR, JJ., concur.

———————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————


William J. Cook of Barker Cook, Tampa, for Petitioner.

No appearance for Respondent.